AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2024 JAN -5 PM 12: 37
CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>LUIS FERNANDO BARRAGAN-PALACIOS<br><br>*Defendant(s)* | Case No.<br>2:24-mj-02 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 4, 2024  in the county of  ~~Franklin~~ Orleans  in the  KJD

_____ District of  Vermont , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Knowingly or recklessly disregarding the fact that an alien has come to and entered the United States in violation of law, transporting and attempting to transport the alien within the United States in furtherance of that violation. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David T. Palczewski, BPA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/05/2024

_____
*Judge's signature*

City and state:  Burlington, Vermont          Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*